```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 12-44417 RE |
|---|---|
| **NELSON ANTONIO MARTINEZ and MERCY ZAMORA, JR.,** | Chapter 13 |
| **Debtors.** | **MOTION TO VALUE SECOND LIEN OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1, BY VERICREST FINANCIAL, INC. ACTING AS SERVICER INC. AS ATTORNEY-IN-FACT** |

Debtors Nelson Martinez and Mercy Zamora ("Debtors") hereby move the court to value the claim of Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1, by Vericrest Financial, Inc. acting as servicer Inc. as attorney-in-fact ("Deutsche") secured by a lien against Debtors' property located at 710 Bayview Court, El Sobrante, CA 94803 ("the property").

1. This motion is based on the petition, schedules, and documents on file herein, and the Memorandum of Points and Authorities in Support of the Motion and Declaration of Debtor in Support of the Motion filed herewith.

2. As stated in the attached Declaration, at the time of filing, Debtors' residence was worth less than the first lien against the property.

3. Deutsche holds the second lien against the property.

Based on the foregoing, and for the reasons stated in the attached Memorandum of Points and Authorities, Debtors pray that:

1. For purposes of Debtors' chapter 13 plan only, the court value Deutsche's second lien at zero, hold that Deutsche does not have a secured claim based on the second lien, and hold that Deutsche's second lien may not be enforced, pursuant to 11 U.S.C. §§ 506 and 1327, FRBP 3012, and the United States Bankruptcy Court for the Northern District of California's Guidelines for Avoiding Liens in Individual Chapter 11 Cases and Chapter 13 Cases; and

2. Upon entry of a discharge in Debtors' chapter 13 case, the lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the lien.

Dated: August 21, 2012          /s/     Anne Y. Shiau_____
                                        ANNE Y. SHIAU
                                        Attorney for Debtors