B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Nelson Antonio Martinez and Mercy Zamora, Jr. | Case Number: 12-44417 | |
|---|---|---|
| NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.* | | |
| Name of Creditor (the person or other entity to whom the debtor owes money or property): The Bank of New York Mellon, as Trustee, for CIT Mortgage Loan Trust 2007-1, by Vericrest Financial, Inc. as its attorney-in-fact | | COURT USE ONLY |
| Name and address where notices should be sent: VERICREST FINANCIAL, INC. 13801 WIRELESS WAY OKLAHOMA CITY, OK 73134 Telephone number: 405-945-1655 Email: vendormanagement@vericrestfinancial.com | | ☐ Check this box if this claim amends a previously filed claim. **Court Claim Number:** _____ (*If known*) Filed on:_____ |
| Name and address where payment should be sent (if different from above): VERICREST FINANCIAL, INC. PO BOX 24330 OKLAHOMA CITY, OK 73214 Telephone number: 405-945-1655 Email: vendormanagement@vericrestfinancial.com | | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

1. **Amount of Claim as of Date Case Filed:**      $548,526.29

If all or part of the claim is secured, complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Money Loaned
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as: | 3b. Uniform Claim Identifier (optional): |
|---|---|---|
| XXXXXX9020 | (See instruction #3a) | (See instruction #3b) |

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Amount of arrearage and other charges as of time case was filed, included in secured claim, if any**
$25,724.83

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** 710 Bayview Court, El Sobrante California 94803
**Value of Property:** Unknown
**Annual Interest Rate** 1.00000% ☐ Fixed ☒ Variable
(temporary rate per terms of 06/22/2011 loan modification)
(When the case was filed)

**Basis for perfection:** Recorded Mortgage

**Amount of Secured Claim:** $548,526.29

**Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box specifying the priority and state the amount.

12-08295

| ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). | ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). | |
|---|---|---|---|
| ☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7). | | ☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). | **Amount entitled to priority:** |
| | ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a (8). | | $ _____ |

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

7. **Documents**: Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents proving evidence of perfection of a security interest are attached. (*See instruction #7 and the definition of "redacted"*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

8. Signature: (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor surety, endorser, or other codebtor. (See Bankruptcy Rule 3005)

I declare under the penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Tai Nong
Title: Default Servicing Officer
Company: Vericrest Financial, Inc. attorney-in-fact for The Bank of New York Mellon, as Trustee, for CIT Mortgage Loan Trust 2007-1
Address and telephone number (if different from notice address above):
16745 W. Bernardo Drive, Suite 300
San Diego CA 92127
Telephone number: 800-621-1437 X1637
Email: tnong@vericrestfinancial.com

Signature Dated: 8/13/2012

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Proof of Claim with Attachment and Exhibits was served on Debtor via deposit in the United States Mail at the address listed on PACER as of the date of this filing, and on Debtor's counsel and the Chapter 13 Trustee via electronic notice.

*/s/ Sherrie Stockwell*
Sherrie Stockwell, Paralegal
Consolidated Default Services, LLC

12-08295