CASE No: 12-08387
Investor/Loan Type: Deed of Trust

ASSIGNMENT OF NOTE AND DEED OF TRUST

Date of Assignment: June 29, 2012

Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR THE CIT GROUP/CONSUMER FINANCE, INC., ITS SUCCESSORS AND ASSIGNS

Assignee: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1

Assignee's Mailing Address: C/O VERICREST FINANCIAL INC.
13801 WIRELESS WAY.
OKLAHOMA CITY, OK 73134

Note and Deed of Trust:

Maker/Granter: Nelson A Martinez
Date: March 7, 2007   Recorded March 14, 2007
Original Amount: $119,000.00
Payee: Mortgage Electronic Registration Systems, Inc., acting solely as nominee for The CIT Group/Consumer Finance, Inc..
Trustee: Alliance Title
Recording Information: Doc#2007-0074572-00, Deed Records, Contra Costa County, California

Property (including any improvements) Subject to Deed of Trust :

ALL THAT CERTAIN REAL PROPETY IN THE UNINCORPORATED AREA, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA DESCRIBED AS FOLLOWS: LOT #130, AS SAID LOT IS DESIGNATED ON THAT MAP ENTITLED, "EL SOBRANTE MANOR, CONTRA COSTA COUNTY, CALIFORNIA", FILED DECEMBER 26, 1940, IN VOLUME

24 OF MAPS AT PAGE 791, CONTRA COSTA COUNTY RECORDS. APN NO: 426-163-003

WHEREAS, on the date of the assignment indicated above, for value received, Holder of the Note and Deed of Trust transferred and assigned each to Assignee, and warranted that the lien was valid against the property in the priority indicated; and

WHEREAS, the Holder of the Note and Deed of Trust and the Assignee desire to evidence and memorialize such transfer and assignment and warranty by this document;

NOW THEREFORE, for value received Holder of the Note and Deed of Trustdoes hereby evidence and memorialize its transfer and assignment of the Note and Deed of Trust to Assignee on the date of assignment indicated above.

When the context requires, singular nouns and pronouns include the plural.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR THE CIT GROUP/CONSUMER FINANCE, INC.

BY: _____ Authorized Agent
Kendra Cook
Assistant Secretary

Nelson 710 Bayview Court   El Sourante, CA 94803

CASE No: 12-08387
Investor/Loan Type: Deed of Trust

CORPORATE ACKNOWLEDGMENT

State of __Oklahoma__ §

County of __Oklahoma__ §

Before me, the undersigned Notary Public, on this day personally appeared **Kendra Cook**, who is __Assistant Secretary__, attorney in fact for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR THE CIT GROUP/CONSUMER FINANCE, INC., on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __3__ day of __July__, 20__12__.

K COLEMAN
Notary Public
State of Oklahoma
Commission # 11008603 Expires 09/16/15

_____
Notary Public Signature

**K. Coleman**
Printed Name of Notary Public

Prepared by and after recording return to:
Marinosci Law Group, P.C.
14643 Dallas Parkway, Suite 750
Dallas, TX 75254

Nelson 710 Bayview Court  El Sourante, CA 94803