```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

The following constitutes
the order of the court. Signed September 18, 2012

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-44417 RE |
| **NELSON ANTONIO MARTINEZ and MERCY ZAMORA, JR.,** | Chapter 13 |
| Debtors. | **ORDER VALUING LIEN OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LSF6 MERCURY REO INVESTMENTS TRUST SERIES 2008-1, BY VERICREST FINANCIAL, INC. ACTING AS SERVICER INC. AS ATTORNEY-IN-FACT** |
| _____/ | |

　　On August 21, 2012, Nelson Martinez and Mercy Zamora (hereinafter Debtors) served a motion to value the second lien of Deutsche Bank National Trust Company, as Trustee for LSF6 Mercury REO Investments Trust Series 2008-1, by Vericrest Financial, Inc. acting as servicer Inc. as attorney-in-fact (hereinafter Lienholder) against the property commonly known as 710 Bayview Court, El Sobrante, CA 94803, which lien was recorded in Contra Costa County on or about March 14, 2007 as document 0074572-00 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

```
 1                         COURT SERVICE LIST

 2   Attn: Officer or Managing Agent
     Vericrest Financial, Inc.
 3   13801 Wireless Way
     Oklahoma, City, OK 73134
 4
     Attn: Officer or Managing Agent
 5   Vericrest Financial, Inc.
     2711 N. Haskell Avenue, Suite 2150
 6   Dallas, TX 75204

 7   Attn: Officer or Managing Agent
     Vericrest Financial, Inc.
 8   C/o CT Corporation System
     818 W Seventh St
 9   Los Angeles, CA 90017

10   Attn: Jessie Hanak
     Vericrest Financial, Inc. for Deutsche Bank National Trust Company, as
11   Trustee for LSF6 Mercury REO Investments Trust Series 2008-1
     16745 W. Bernardo Drive, Suite 300
12   San Diego, CA 92127

13   Attn: Officer
     Deutsche Bank Trust Company Americas
14   60 Wall Street
     New York, New York 10005
15
     Attn: Officer
16   Deutsche
     C/o CT Corporation System
17   818 West Seventh St.
     Los Angeles, CA 90017
18

19

20

21

22

23

24

25

26
```