Christina J. O, #266845
Katie Q. Le, #287063
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
christinao@mclaw.org
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Nelson Antonio Martinez and Mercy Zamora Jr.,<br><br>Debtor(s),<br><br>The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, by Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact, and its successors and/or assignees,<br><br>Movant,<br><br>vs.<br><br>Nelson Antonio Martinez and Mercy Zamora, Jr., Debtor(s), and Martha G. Bronitsky, Trustee,<br><br>Respondents. | Bankruptcy Case No. 12-44417<br><br>R.S. No. CJO-220<br><br>Chapter 13<br><br>**DECLARATION IN SUPPORT OF CALIBER'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: February 26, 2014<br>TIME: 1:30 p.m.<br>CTRM: 201 |

I, <u>Jessie Hanak</u>, declare:

1. I am over the age of eighteen and am authorized to make this declaration on behalf of Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as attorney in fact for The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1("Caliber").

2. I am a <u>Default Service Officer</u> at Caliber Home Loans, Inc., f/k/a Vericrest Financial, Inc., as its attorney in fact for The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 ("Caliber"). In the foregoing capacity I have personal knowledge of the status and history of the Nelson A. Martinez ("Borrower") loan account, and if called upon to

DECLARATION IN SUPPORT OF MOTION FOR RELIEF     1
LT/B11352

testify thereto I could and would do so competently and truthfully.

3. In my capacity as a <u>Default Service Officer</u>, I have access to the business records of Caliber as they relate to the Borrower. The records of Caliber are made and kept in the ordinary course of business by persons who have a business duty to make such records on behalf of Caliber. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of Caliber as they relate to the Borrower herein. The records reflect the payments made, the payments missed, and all charges accruing under the loan. Therefore, I am personally familiar with the status of the Borrower's loan.

4. **The Secured Debt.** On or about March 7, 2007, Nelson A. Martinez made and delivered a Promissory Note in the original principal amount of $476,000.00, secured by a First Priority Deed of Trust on the Property commonly known as 710 Bayview Court, El Sobrante, CA 94803 ("Property"). True and correct copies of the Note and Deed of Trust are attached as Exhibits "1" and "2," respectively. Subsequently, a Modification Agreement was entered into, attached as Exhibit "6."

5. **The Default Under The Note.** The Note and Deed of Trust are post-petition due for the November 1, 2013 payment. As a result of the contractual default, a Notice of Default and Election To Sell was recorded against the Property on February 23, 2011. As of January 14, 2014, the total indebtedness under the Note, exclusive of attorney`s fees, is $546,013.93. The total indebtedness due is set forth below:

| | | |
|---|---|---|
| Principal Balance | | $446,831.48 |
| Interest Accrued to | 01/14/2014 | $17,498.35 |
| Escrow Advance | | $8,205.98 |
| Late Charges | | $2,619.07 |
| Other Fees Due | | $4,811.89 |
| Deferred amounts | | $66,047.16 |
| Grand Total | | $546,013.93 |

///

///

///

///

6. **The Post-Petition Delinquency.** As of January 14, 2014, the Debtors have failed to make post petition payments that have come due. The last payment received was on January 21, 2014. The total payment delinquency is set forth below:

| | | | |
|---|---|---|---|
| 3 ((11/01/2013)-(01/01/2014)) | Payments due at | $2,137.00 | $6,411.00 |
| | Suspense Balance | | $-2,135.14 |
| | Grand Total | | $4,275.86 |

7. **The Next Payment Due.** An additional payment of $2,137.00 will come due on the 1 day of February and the 1st day of each month thereafter. If said payments are not received by the 15th of the month, a late charge of $ N/A will be charged to the loan.

8. **The Monthly Payment Impound.** The monthly payment includes a portion in the amount of $407.16 which represents impounds for taxes and/or insurance.

9. **The Debtors` Interest In The Property.** The Debtors are the owners of record of the Property.

10. **The Filing Of The Instant Petition.** On or about May 22, 2012, Nelson Antonio Martinez and Mercy Zamora, Jr. filed the instant Chapter 13 Petition as Case No. 12-44417.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on 1-31, 2014 in San Diego, CA. *(city, state)*

| | |
|---|---|
| /s/ Jessie Hanak<br>*Signature of Declarant* | Default Service Officer<br>*Title* |